

**CAUSE NOS. 12-19-00125-CR, 12-19-00126-CR, 12-19-00127-CR**

# IN THE COURT OF APPEALS
## TWELFTH COURT OF APPEALS DISTRICT
### TYLER, TEXAS

| | | |
|---|---|---|
| **ALEXANDRO CAMACHO, APPELLANT** | } | **APPEALED FROM 7TH DISTRICT** |
| **V.** | } | **COURT IN AND FOR** |
| **THE STATE OF TEXAS, APPELLEE** | } | **SMITH COUNTY, TEXAS** |

## ORDER

Came on for review the status of the instant appeals, and the same having been considered, it appears that Appellant is not currently represented by counsel.

On April 5, 2019, the Docketing Statement was due to be filed. TEX. R. APP. P. 32.2. On April 5, 2019, this Court notified Appellant that a Docketing Statement was to be filed and gave him until April 15, 2019, to file it. Thereafter, Appellant filed a defective Docketing Statement.

Pursuant to TEX. R. APP. P. 32.2 it is ORDERED that the Honorable Kerry Russell, Judge of the 7th District Court of Smith County, shall immediately conduct a hearing to determine the cause of Appellant's failure to file a compliant Docketing Statement and whether the Appellant has abandoned the appeals.

It is FURTHER ORDERED that the trial court determine whether: (1) Appellant is indigent and entitled to the appointment of counsel on appeal; (2) Appellant has sufficient funds to retain counsel; or (3) Appellant desires to represent himself on appeal.

It is ADDITIONALLY ORDERED that once findings are made as to the above issues, the trial court shall appoint counsel, give Appellant an appropriate deadline for retaining counsel, or administer the appropriate warnings concerning the dangers of self-representation, in accordance with its findings and the court shall also take necessary action to insure the prompt filing of a proper Docketing Statement with this Court.

It is FINALLY ORDERED that a supplemental record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto be certified to this Court on or before **May 13, 2019**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 11th day of April 2019, A.D.

_Katrina McClenny_
KATRINA MCCLENNY, CLERK
12TH COURT OF APPEALS